UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-00231-JRS-DLP |
| | ) | |
| PHIL NICHOLS, | ) | -01 |
| | ) | |
| Defendant. | ) | |

# ORDER

This matter is before the Court upon Phil Nichols' (01) Motion to continue the final pretrial conference date and trial date presently set in this cause, and the Court, being duly advised, now finds the Motion is well taken, and that the Motion should be **GRANTED** for the reasons set forth in Phil Nichols' [117] Motion. The Court notes that the Government does not object.

The Court finds further that the ends of justice served by the continuance outweigh the best interests of the public and Defendant(s) to a speedy trial.

The delay attributable to the changed trial date shall be excludable from the computations of time pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §3161. The interests of justice as stated in the motion for continuance are best served by the delay so that both the accused and the government can adequately prepare for and receive a fair trial, and/or attempt an agreed resolution of the case, and those interests outweigh the interests of the public and the Defendant(s) in a speedy trial in this case.

IT IS THEREFORE ORDERED that the July 15, 2021, final pretrial conference and the August 2, 2021, trial dates are vacated. The final pretrial conference is rescheduled to commence on **December 16, 2021 at 9:00 a.m.**; and the jury trial date is rescheduled to commence on **January 3, 2022 at 9:00 a.m.** in Room 307, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana.

Date: 6/25/2021

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Tiffany Jacqueline Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
tiffany.preston@usdoj.gov

Brent Westerfeld
blwesterfeld@gmail.com