UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:19-cr-231-01-JRS-DLP |
| | ) | |
| PHIL NICHOLS, | ) | |
| Defendant. | ) | |

**ORDER GRANTING EXTENSION**

Comes now Defendant Phil Nichols, by counsel, Brent Westerfeld, and files his Motion for Extension of Time to Submit Objections and Corrections to the Presentence Investigation Report to allow counsel time to complete investigation and research of objections and corrections to the PSR. The Court grants a 30 day extension to submit objections and corrections to the Presentence Investigation Report as provided under Local Rule 13.1. Any objections to the Presentence Investigation Report shall be submitted to the probation officer and served on the parties on or before July 5, 2022.

Date: 6/2/2022

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana


Distribution to:

All registered counsel via electronic notification via CM/ECF